UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| Case No. | CV 23-10733-SPG-E | JS-6 | Date | October 10, 2024 |
|---|---|---|---|---|
| Title | Adam Loew v. Janice Greenberg et al | | | |

| Present: The Honorable | SHERILYN PEACE GARNETT, UNITED STATES DISTRICT JUDGE |
|---|---|

| Patricia Gomez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceeding:    (IN CHAMBERS) ORDER**

    The docket reflects that Plaintiff is not actively pursuing this matter. On September 25, 2024, the Court issued an Order summarizing the lack of activity on this docket and explaining that, if Plaintiff did not seek entry of default, dismiss his Complaint, or otherwise excuse his failure to prosecute this action by October 2, 2024, that this case would be dismissed without prejudice. (ECF No. 15 ("Order")).

    Plaintiff did not take any action in response to the Order. Accordingly, the Court ORDERS this case dismissed without prejudice.

    **IT IS SO ORDERED**.

                                                                                     00 : 00

Initials of Preparer    pg